

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2022

No. 04-21-00240-CV

**INTEREST OF C.H., J.H., E.H., I.B.H., AND I.A.H.**

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. CV06287
Honorable Pedro (Pete) Gomez Jr., Judge Presiding

# O R D E R

On July 22, 2022, we remanded this case to the trial court for appointment of new appellate counsel for S.H. On July 28, 2022, the trial court filed a supplemental clerk's record, which contains an order appointing Rosario Peralez-Cowher as appellate counsel for S.H. It is therefore ORDERED that this appeal is REINSTATED on the docket of our court. The parties' briefs have been filed, and the case remains submitted on briefs only before a panel consisting of Chief Justice Rebeca C. Martinez, Justice Luz Elena D. Chapa, and Justice Beth Watkins.

It is so **ORDERED** on this 5th day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court